ARTHUR L. VAN ETTEN and Others, Plaintiffs, v. CHARLES M. HIRSCH-FELDER and Others, Defendants.— Motion granted unless defendants shall file and serve printed papers and briefs by April twelfth and be ready for argument at the opening of the May term.

In the Matter of the Probate of the Last Will and Testament of ARNOLD GREGORY, Deceased.— Motion to dismiss appeal granted, unless the appellant shall file and serve printed papers on appeal within thirty days.

GLADYS DEFENDORF, an Infant, by FRED DEFENDORF, Her Guardian ad Litem, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN M. EGAN, Appellant, v. FRED W. QUANDT, Respondent.— Order modified so as to provide that the plaintiff furnish a bill of particulars which shall contain a list of all gifts and dates and giving time and times and places where the defendant is alleged to have detained the wife of the plaintiff against her consent, and as thus modified the order is affirmed, without costs of this appeal to either party. All concur.

HELEN VALERIOUS, Respondent, v. CHESTER J. BECKWITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE SIMON, Respondent, v. COMFORT ALLEN, Appellant.— Judgment modified by providing that if the defendant shall neglect or refuse within ten days after service of the judgment to be entered hereon, with notice of entry thereof, to either convey the premises described in the judgment or pay the sum of $700, the plaintiff recover of the defendant the sum of $700, with interest and costs, upon conveyance to the defendant by the plaintiff of any interest which the plaintiff may have acquired in the premises, and that execution may be issued on such judgment. New or additional findings and form of judgment to be settled before Mr. Justice Clark on five days' notice. All concur.

ELLIS H. COLVIN, Appellant, v. TOWN OF BRANT, Respondent.— Judgment affirmed, with costs. Held, the plaintiff's claim is not covered by Town Law (§ 170, subd. 7)* and the defendant town is not liable therefor. All concur.

JAMES H. FARNUM, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence upon the question of damages and is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur.

ALICE McNULTY, Respondent, v. STEPHEN B. MILLSPAUGH and Others, Appellants.— Judgment affirmed, with costs. All concur.

* Amd. by Laws of 1914, chap. 440. — [REP.